O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HAO QU,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. EDCV 26-1302 CAS (PVC)

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections to the R. & R. has passed, (*see* Dkt. No. 36), and no objections have been filed. Accordingly, the Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge,

IT IS ORDERED that:

(1) The Petition is GRANTED;

(2) Respondents shall IMMEDIATELY RELEASE Petitioner, **Hao Qu, A Number: 087850173** from custody on the same conditions of release to which he was subject prior to his re-detention on December 17, 2025; and

(3) Respondents are ENJOINED from re-detaining Petitioner without providing at least seven days' notice and a pre-deprivation bond

hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the foregoing standard).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on counsel for Petitioner and Respondents.

DATED: September 10, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE