JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAO QU,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | Case No. EDCV 26-1302 CAS (PVC)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that:

(1) Judgment is entered in favor of Petitioner;

(2) Respondents shall IMMEDIATELY RELEASE Petitioner, **Hao Qu, A Number: 087850173** from custody on the same conditions of release to which he was subject prior to his re-detention on December 17, 2025; and

(3) Respondents are ENJOINED from re-detaining Petitioner without providing at least seven days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight

risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the foregoing standard).

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 10, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE